

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00456-CV

**IN RE** Modesto **E. GARZA**

Original Proceeding[1]

PER CURIAM

Sitting:        Irene Rios, Justice
                    Lori Massey Brissette, Justice
                    Velia J. Meza, Justice

Delivered and Filed: October 8, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On July 15, 2025, relator filed his petition for writ of mandamus. After considering the petition and the record, this court concludes that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2022CI18195, styled *In the interest of G.J.G., a Child*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Nadine Melissa Nieto presiding.